IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONALD C. ECHOLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-CV-879-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER TO SHOW CAUSE

Upon the court's consideration of its denial of *in forma pauperis* status to Plaintiff (Doc. #3, entered October 4, 2007), and Plaintiff's failure to provide complete information in an *Amended Motion for Leave to Proceed In Forma Pauperis*, or to submit the required filing fee to the Clerk of Court, it is hereby **ORDERED** that Plaintiff either submit an amended motion or pay the requisite fee **no later than January 4, 2008**. Failure to do so will result in the dismissal of this action.

Done this 20th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE