IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONALD C. ECHOLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-00879-WKW |
| | ) |
| MICHAEL ASTRUE, Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Terry F. Moorer, for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

Done this 6th day of June, 2008.

                                            /s/  W.  Keith Watkins
                                  UNITED STATES DISTRICT JUDGE