IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONALD C. ECHOLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-CV-879-WKW |
| | )         (WO) |
| MICHAEL J. ASTRUE, COMMISSIONER | ) |
| OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 22), and upon an independent review of the record, the court concludes that the Administrative Law Judge's decision is supported by substantial evidence and proper application of the relevant law. Accordingly, it is ORDERED that the Recommendation is ADOPTED and that the decision of the Commissioner of Social Security is AFFIRMED.

Done this 29th day of October, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE